UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-61956-ROSENBERG

DANIEL WEISS, et al.,

    Plaintiffs,

v.

PEACOCK TV LLC,

    Defendant.

_____/

### ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF NEW YORK

This cause is before the Court on the Defendant's Motion to Change Venue at docket entry 9. In light of the Plaintiffs' notice of no opposition at docket entry 10, the Motion is granted, and it is hereby **ORDERED AND ADJUDGED**:

1. This Southern District of Florida case is **CLOSED**; and

2. The Clerk of the Court shall **TRANSFER** this matter to the Southern District of New York.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of December, 2023.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record